**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRIAN V. STACY,

    Defendant - Appellant.

No. 13-2154
(D.C. No. 1:11-CR-01878-JB-1)

_____

**ORDER**
_____

Before **BRISCOE**, Chief Judge, and **ANDERSON** and **BRORBY**, Senior Judges.
_____

The appellant's petition seeking panel rehearing is granted. The court's Order and Judgment issued April 30, 2014 is withdrawn. The court will issue additional directives in due course.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Douglas E. Cressler
    Chief Deputy Clerk